UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DANIEL LECLAIR and JEAN ARCOS,<br><br>Defendant. | : | 26-CR-518 (JMF)<br><br><u>SCHEDULING ORDER</u> |

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **November 19, 2026** at **12:15 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge